**MEI DI CAO, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 13–2436.

United States Court of Appeals, Eighth Circuit.

Submitted: April 2, 2014.

Filed: April 7, 2014.

Robert Duk–Hwan Kim, Yee Ling Poon, Law Office of Yee Ling Poon, New York, NY, for Petitioner.

Karen Yolanda Drummond, Nancy Ellen Friedman, Anthony John Messuri, U.S. Department of Justice, Washington, DC, for Respondent.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Chinese citizen Mei Di Cao petitions for review of an order of the Board of Immigration Appeals denying his motion to reopen removal proceedings. After careful review, we conclude that the Board did not abuse its discretion in denying the motion. *See Averianova v. Holder*, 592 F.3d 931, 936–37 (8th Cir.2010) (standard of review). Accordingly, the petition for review is denied. *See* 8th Cir. R. 47B.